IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIA IRINA CIRIMPEI,           : Chapter 13
                    Debtor           : Case No.  17-10755

## CERTIFICATE OF NO OPPOSITION

    I, John A. DiGiamberardino, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Motion for Authority to Redeem Personal Property and Approval of Associated Financing and the Debtor's request that the court grant the Debtor's Motion, without hearing, as the Motion is uncontested.

Date:  4/19/2017

                                       **CASE & DIGIAMBERARDINO, P.C.**

                       By:      s/John A. DiGiamberardino, Esquire
                             Attorney I.D. #41268
                             845 N. Park Rd., Ste. 101
                             Wyomissing, PA  19610
                             (610)  372-9900
                             (610) 372-5469 - fax
                             Attorney for Debtor