IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIA IRINA CIRIMPEI,           : Chapter 13
           Debtor                         : Case No.  17-10755

**ORDER**

AND NOW, upon consideration of the Debtor's Motion for Redemption, IT IS HEREBY ORDERED that the Motion is granted.  The Debtor Maria Irina Cirimpei is authorized to redeem her 2015 Toyota Corolla, VIN # 2T1BURHEXFC316814 for the sum of $12,025.00. Said amount shall be paid to Toyota Motor Credit Corporation within 15 days of the date of this ORDER. Further, upon receipt of payment, Toyota Motor Credit Corporation shall, within 15 days thereafter, deliver the title to the Debtor's 2015 Toyota Corolla, with its lien marked satisfied.

IT IS FURTHER ORDERED that secured financing for the payment of the redemption price by is approved.

**Date: April 21, 2017**

BY THE COURT

_____
United States Bankruptcy Judge