United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maria Irina Cirimpei  
    Debtor

Case No. 17-10755-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 21, 2017  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2017.  
db     +Maria Irina Cirimpei,    15 Madison Avenue,    Reading, PA 19605-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2017 at the address(es) listed below:

       JOHN A. DIGIAMBERARDINO    on behalf of Debtor Maria Irina Cirimpei jad@cdllawoffice.com, dmk@cdllawoffice.com,reb@cdllawoffice.com  
       LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIA IRINA CIRIMPEI,           : Chapter 13
                Debtor           : Case No.  17-10755

**ORDER**

        AND NOW, upon consideration of the Debtor's Motion for Redemption, IT IS HEREBY ORDERED that the Motion is granted.  The Debtor Maria Irina Cirimpei is authorized to redeem her 2015 Toyota Corolla, VIN # 2T1BURHEXFC316814 for the sum of $12,025.00. Said amount shall be paid to Toyota Motor Credit Corporation within 15 days of the date of this ORDER. Further, upon receipt of payment, Toyota Motor Credit Corporation shall, within 15 days thereafter, deliver the title to the Debtor's 2015 Toyota Corolla, with its lien marked satisfied.

        IT IS FURTHER ORDERED that secured financing for the payment of the redemption price by is approved.

**Date: April 21, 2017**

BY THE COURT

_____
United States Bankruptcy Judge