IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARIA IRINA CIRIMPEI,                  : Chapter 13
                       Debtor          : Case No.  17-10755

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, upon consideration of the Answer to Motion for Relief from Automatic Stay

filed by Toyota Motor Credit Corporation, and after hearing thereon, it is Ordered that the

Motion is denied.

5/11/17           BY THE COURT

                                                 _____
                                               United States Bankruptcy Judge