United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maria Irina Cirimpei  
    Debtor

Case No. 17-10755-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: May 11, 2017  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.
```
db             +Maria Irina Cirimpei,    15 Madison Avenue,    Reading, PA 19605-2909
cr             +Orion (Met-Ed),    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:
```
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Maria Irina Cirimpei jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                                                                 TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MARIA IRINA CIRIMPEI,          : Chapter 13
                    Debtor              : Case No. 17-10755

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, upon consideration of the Answer to Motion for Relief from Automatic Stay filed by Toyota Motor Credit Corporation, and after hearing thereon, it is Ordered that the Motion is denied.

5/11/17

BY THE COURT

_____
United States Bankruptcy Judge