Certificate Number: 11760-PAE-DE-029326857

Bankruptcy Case Number: 17-10755



11760-PAE-DE-029326857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2017, at 1:30 o'clock PM PDT, Maria Cirimpei completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 29, 2017                By:    /s/Jennifer L Walter

                                   Name:  Jennifer L Walter

                                   Title: Teacher