```
                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
In re:                                                    Case No. 17-10755-ref
Maria Irina Cirimpei                                      Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa              Page 1 of 2         Date Rcvd: Jun 01, 2017
                              Form ID: 318            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2017.
db            +Maria Irina Cirimpei,   15 Madison Avenue,    Reading, PA 19605-2909
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13860841      +Access Credit,    P.O. Box 250531,   Little Rock, AR 72225-0531
13860843      +Central Credit Audit,    100 N 3rd St,   Sunbury, PA 17801-2367
13860844       Comcast,    P.O. Box 3005,   Southeastern, PA 19398-3005
13866984      +Dynamic Recovery Solution,    P.O. Box 25759,    Greenville, SC 29616-0759
13866985       Gallo & Kaufmann, LLC,    Suite 202,   Brooklyn, NY 11228
13860850      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13912701      +Orion (Met-Ed),    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13912686      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13866986      +St. Armands Group,    1888 Mission Street,   San Franscisco, CA 94103-3502
13860852      +Torres Credit Services,    27 Fairview,   Carlisle, PA 17015-3200
13888064      +Toyota Motor Credit Corporation,    KML Law Group, P.C.,    701 Market Street,Suite 5000,
                Philadelphia, PA 19106-1541
13860855      +Trident Asset Management,    53 Perimeter Center E. Suite 4,    Atlanta, GA 30346-2287
13860856      +United Revenue,    P.O. Box 1184,   Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLEFELDMAN.COM Jun 02 2017 01:23:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
                221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           +E-mail/Text: robertsl2@dnb.com Jun 02 2017 01:36:05      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2017 01:35:45
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 02 2017 01:36:11     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13860842      +E-mail/Text: pprice@arbrecovery.com Jun 02 2017 01:36:05      Arcadia Recovery Bureau,
                645 Penn Street,   Reading, PA 19601-3543
13860845      +EDI: CCS.COM Jun 02 2017 01:23:00      Credit Collections,    P.O.Box 607,
                Norwood, MA 02062-0607
13860846      +EDI: NAVIENTFKASMDOE.COM Jun 02 2017 01:23:00      Dept Of Education/Navient,    P.O. Box 9635,
                Wilkes Barre, PA 18773-9635
13860848      +E-mail/Text: bknotice@erccollections.com Jun 02 2017 01:36:01      Enhanced Recovery Co LLC,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13860849      +E-mail/Text: rlambert@mscb-inc.com Jun 02 2017 01:35:27      Mid South Credit Bureau Inc.,
                1410 Industrial Park Rd,    Paris, TN 38242-6099
13860850      +E-mail/Text: Bankruptcies@nragroup.com Jun 02 2017 01:37:00      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
13860851      +E-mail/Text: roberta.cranston@southerncollect.com Jun 02 2017 01:36:02      Southern Collections,
                P.O. Box 25006,   Little Rock, AR 72221-5006
13860853       EDI: TFSR.COM Jun 02 2017 01:23:00      Toyota Financial Services,
                5005 North River Blvd., N.E.,    Cedar Rapids, IA 52411-6634
13860854      +EDI: TFSR.COM Jun 02 2017 01:23:00      Toyota Motor Credit Company,    240 Gibraltar Rd Ste 260,
                Horsham, PA 19044-2387
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13860847*     +Dept. Of Education/Navient,   P.O. Box 9635,    Wilkes Barre, PA 18773-9635
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                Page 2 of 2              Date Rcvd: Jun 01, 2017
                              Form ID: 318              Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Maria Irina Cirimpei jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maria Irina Cirimpei** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1550** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **17–10755–ref** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria Irina Cirimpei

6/1/17                                                       **By the court:**   Richard E. Fehling
                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**